# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUSAN TEADA, | : | |
|    Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 19-4537 |
| COMMISSIONER OF | : | |
| SOCIAL SECURITY, | : | |
|    Defendant. | : | |

## ORDER

AND NOW, on April , 2020, upon consideration of Plaintiff Susan Teada's Brief in Support of her Request for Review (doc. 13) and the Commissioner's Response (doc. 42), it is ORDERED:

1. Plaintiff's Request for Review is GRANTED;

2. The matter is REMANDED to the Commissioner for reconsideration in accordance with the accompanying Memorandum Opinion; and

3. The Clerk of Court is DIRECTED to mark this case CLOSED.

                                                           BY THE COURT:

                                                           */s/ Timothy R. Rice*
                                                            TIMOTHY R. RICE
                                                            U.S. MAGISTRATE JUDGE